Certificate Number: 01721-PAM-DE-029559573

Bankruptcy Case Number: 17-01940


01721-PAM-DE-029559573

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 10, 2017, at 1:12 o'clock PM EDT, Brian Daley completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 11, 2017

By: /s/Marilou Protulipac

Name: Marilou Protulipac

Title: Manager of Counseling and Cust. Support